IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10060-STA |
| HUNTER MARTIN GREENE, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on October 29, 2018, Assistant United States Attorney, Hillary Parham, appearing for the Government and the defendant, Hunter Martin Greene, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1-14 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, JANUARY 25, 2019 at 10:15 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 29th day of October, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT