IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | Cr. No.: 18-10060-STA |
| | * | |
| HUNTER MARTIN GREENE, | * | |
| Defendant. | * | |
| | * | |

ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant, for good cause shown, and there being no objection by the Government, the Motion to Continue Sentencing is granted.

The sentencing shall be reset for the **26th day of February, 2019, at 9:00a.m.**

IT IS SO ORDERED, this the 18th day of January, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE