IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CR. NO.: 18-10060-STA |
| HUNTER MARTIN GREENE, | * | |
| Defendant. | * | |

ORDER DENYING DEFENDANT'S MOTION TO CONTINUE (DE# 63)

Before the Court is the Defendant's motion to continue the Sentencing hearing scheduled for February 26, 2019. Said motion is hereby DENIED.

IT IS SO ORDERED this the 25th day of March, 2019.

s/ S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT COURT JUDGE